

# ATTACHMENT(S)

# NOT

# SCANNED

__ Exceeds scanner's page limits
__ Physical exhibit prevents scanning
_X_ Other: ___Exhibits___

## **PLEASE REFER TO COURT FILE**